IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

HERMAN NUNN                                                                                    PLAINTIFF

V.                                                                              NO. 4:07CV106-MPM-EMB

COMMISSIONER OF SOCIAL SECURITY,                                         DEFENDANT

## ORDER

Before the Court is Plaintiff's *ore tenus* motion for additional time in which to complete Form AO 240 in support of his Motion for leave to proceed without prepayment of fees [doc. 1]. The Court, having duly considered the Motion, is of the opinion that it should be granted.

**THEREFORE, IT IS ORDERED** that movant shall file Form AO 240 with the Clerk of this Court on or before November 26, 2007. Movant is warned that failure to comply with this order may lead to dismissal of this case with prejudice for failure to obey an order of the Court.

**THIS,** the 2nd day of November, 2007.

                                                                        /s/ Eugene M. Bogen
                                                                        U. S. MAGISTRATE JUDGE