IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

HERMAN NUNN                                                               PLAINTIFF

V.                                                            NO. 4:07CV106-MPM-EMB

COMMISSIONER OF SOCIAL SECURITY                                           DEFENDANT

**O R D E R**

Upon consideration of plaintiff's *pro se* status, no briefing schedule will be entered in this matter, and the Court will review the administrative record to determine whether substantial evidence supports the decision of the Commissioner of Social Security.

**SO ORDERED** this, the 11th day of February, 2008.


/s/ Eugene M. Bogen
U. S. MAGISTRATE JUDGE